UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

JAMES M. LAMBERT, an individual, )
)
Plaintiff, )
)
v. ) Case No. 5:20-cv-100
)
EQUIFAX, INC., a corporation; EQUIFAX )
INFORMATION SERVICES, LLA, a )
corporation; EXPERIAN INFORMATION )
SOLUTIONS, INC., a corporation; TRANS )
UNION, LLC. A corporation; and DOES 1- )
10, inclusive, )
)
Defendants. )

### ORDER OF DISMISSAL

The foregoing Stipulation of the parties is accepted and approved, and Defendants Equifax Inc. and Equifax Information Services, LLC, are hereby dismissed with prejudice from this action, with each party to bear its own attorneys' fees and costs. The remaining party, Experian Information Solutions, Inc., is not party to this stipulation agreement or Order and therefore, remains as a defendant in this ongoing action.

IT IS SO ORDERED.

Dated at Burlington, in the District of Vermont, this 19th day of April, 2021.

Geoffrey W. Crawford, Chief Judge
United States District Court